AO 91 (Rev. 11/11)  Criminal Complaint

**ORIGINAL**                                                          **FILED**

# UNITED STATES DISTRICT COURT

SEP – 9 2020

for the

Eastern District of Texas

Clerk, U.S. District Court
Eastern District of Texas



| | |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) |
| GUY ZACHARY KLOSSNER | ) |
|  | ) |
|  | ) |
|  | ) |

Case No.   4:20MJ743

**SEALED**

_____
Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 24, 2020 _____ in the county of _____ Denton _____ in the

_____Eastern_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Influencing Federal Official by Threat |
| 18 U.S.C. § 875(c) | Interstate Communications with Intent to Extort |

This criminal complaint is based on these facts:

See the attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

U.S. Capitol Police, Vincent Veloz, Special Agent
_____
Printed name and title

Sworn to before me and signed in my presence.

Date:    _____09/09/2020_____

_____
Judge's signature

City and state:    Plano, Texas

Kimberly C. Priest Johnson, Magistrate Judge
_____
Printed name and title