UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | CASE NUMBER 4:20-MJ-00743-KPJ |
| GUY ZACHARY KLOSSNER | § § § | |

# ORDER

The Court held an initial appearance on a Complaint and considered the matter of Defendant's right to a preliminary hearing. Defendant executed a waiver at hearing. Based on the signed waiver, the Court finds that there is probable cause to believe that the allegations have been committed and that Defendant, **GUY ZACHARY KLOSSNER**, should be held over to answer to the Grand Jury.

**So ORDERED and SIGNED this 10th day of September, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE